KETURAH WILLDIGG, as Administratrix, etc., Respondent, *v.* THE CITY OF BROOKLYN, Impleaded, etc., Appellant.

(Argued March 12, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 27, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*E. B. Barnum* for appellant.

*Arthur H. Smith* for respondent.

Agree to affirm on opinion below.
All concur except PECKHAM, J., not voting.
Judgment affirmed.

---

ANNIE DUKE, an Infant, by Guardian, etc., Appellant, *v.* THE TENTH AND TWENTY-THIRD STREET FERRY COMPANY, Respondent.

(Argued March 14, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 25, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit dismissing the complaint.

*A. H. Dailey* for appellant.

*William A. Jenner* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.